UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | Case No.: 3:07-CR-00620-BTM |
| Plaintiff, | ) ) | **ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING** |
| vs. | ) ) | |
| LUIS RENE ANGULO, | ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY ORDERED that the sentencing date in the above-referenced case be continued from January 22, 2010, at 11:00 am, to April 2, 2010 at 11:30 am.

DATED:   January 19, 2010

_____
Honorable Barry Ted Moskowitz
United States District Court Judge