```
                                          FILED
                                     2010 FEB 25 PM 2: 10
                                     CLERK US DISTRICT COURT
                                   SOUTHERN DISTRICT OF CALIFORNIA

                                   BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LUIS RENE ANGULO,<br><br>                Defendant. | Case No.: 3:07-CR-00620-BTM<br><br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY ORDERED that the sentencing date in the above-referenced case be continued from April 2, 2010 at 11:30 am to May 28, 2010 at 10:00 am.

DATED: February 24, 2010

                                        _____
                                        Honorable Barry Ted Moskowitz
                                        United States District Court Judge